UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SIMMONS, ET AL,

                      Plaintiffs,      :      1:25-cv-5621 (ALC)

      -against-                    :      **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY, ET AL,

                      Defendants.
----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       On September 10, 2025, Defendants filed a letter requesting a premotion conference ahead of their anticipated motion to dismiss Plaintiffs' Complaint. ECF No. 16. Per the Court's Individual Practices, subsequent to a moving party's submission of a letter "[t]he opposing party should submit a letter, also not to exceed 3 pages, setting forth its position within 3 business days from the service of the moving party's letter." *See* Indiv. Practices, 2.A. Plaintiffs have not done so.

       Plaintiffs are **ORDERED** to submit a letter in response to Defendants' September 10 letter by September 26, 2025.

**SO ORDERED.**

**Dated:   New York, New York**
             **September 23, 2025**

                                                              **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**