**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

SIMMONS ET AL

                        **Plaintiffs,**

           -against-

METROPOLITAN TRANSIT
AUTHORITY ET AL,

                      **Defendants.**

-------------------------------------------------------- x

            **1:25-cv-5621 (ALC)**

            <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

Following the December 4, 2025 pre-motion conference, all Parties are ORDERED to file a joint status report by February 3, 2026 with updates on settlement discussions and whether the Parties would like assistance facilitating discussions, including a referral to the magistrate judge or the Court-Annexed Mediation Program.

**SO ORDERED.**

**Dated:    December 4, 2025**
          **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**