**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x

SIMMONS ET AL

                    **Plaintiffs,**

       **-against-**

METROPOLITAN TRANSIT
AUTHORITY ET AL,

              **Defendants.**

----------------------------------------------------- x

          **1:25-cv-5621 (ALC)**

          **<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court sets the following briefing schedule for Defendant MTA's motion to

dismiss:

Defendant's Motion to Dismiss by April 15, 2026

Plaintiff's Opposition by May 13, 2026

Defendant's Reply (if any) by May 20, 2026

**SO ORDERED.**

**Dated:**    **March 18, 2026**
            **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                      **United States District Judge**