UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

SIMMONS ET AL

                   Plaintiffs,

          -against-                       1:25-cv-5621 (ALC)

METROPOLITAN TRANSIT              **ORDER**
AUTHORITY ET AL,

                   Defendants.

-------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

      The Court orders Plaintiffs file a corrected First Amended Complaint with a functioning

URL of the video of the alleged incident by April 21, 2026.

SO ORDERED.

Dated: April 20, 2026
         New York, New York

                                     _____

                                      ANDREW L. CARTER, JR.
                                      United States District Judge