UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARK SIMMONS, DESHUN JACKSON and
GARLAND QUINCE,

                Plaintiffs,                   25-cv-5621 (ALC)(RWL)

     - against -                        **ORDER**

METROPOLITAN TRANSPORTATION AUTHORITY,
MTA POLICE DEPT., NEW YORK CITY POLICE
DEPARTMENT, CITY OF NEW YORK, P.O.
MOHAMAD SALIM, JOHN DOE 1 and JOHN DOE 2,

                Defendants.
-------------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the June 15, 2026 conference, Plaintiffs are ORDERED to sign the

160.50 releases by June 26, 2026. Defendant MTA's briefing schedule proposed on June 8,

2026 is GRANTED. Defendant MTA's MTD is due July 1, 2026; Plaintiff's Opposition by

July 27, 2026, and any Reply by August 10, 2026.

**SO ORDERED.**

Dated:      **June 15, 2026**
              **New York, New York**

                                                _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**