UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK SIMMONS et al,

Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY et al,

Defendants.

25-cv-5621 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The conference previously scheduled for December 3, 2026, is hereby rescheduled to **January 14, 2027, at 3PM**. The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 444, on the date and time specified above. The Parties should be prepared to discuss settlement.

**SO ORDERED.**

**Dated: November 24, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**